**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80741-CIV-CANNON/McCabe**

**JOHNNY MUGS WHOLESALE PRODUCE INC.,**

Plaintiff,

v.

**B-MORE FRESH CORP., JEFRYN L. CRUZ, and ELNA AGUILAR MATA,**

Defendants,

v.

**JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., and FIFTH THIRD BANK, NATIONAL ASSOCIATION,**

Garnishees.
_______________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISSOLVE WRITS OF GARNISHMENT AND DISCHARGE GARNISHEES**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Dissolve Writs of Garnishment and Discharge Garnishees (the "Motion") [ECF No. 48]. Following referral, Magistrate Judge McCabe issued a Report recommending that the Motion be granted [ECF No. 48]. The effect of that disposition is to dissolve the writs of garnishment directed to JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., and Fifth Third Bank, National Association, thereby discharging the garnishees from further liability. It also means that Plaintiff is required to pay the statutory fees demanded by Wells Fargo Bank, N.A. and Fifth Third Bank, National Association [ECF No. 49]. Objections to the Report were due on or before **November**

**2, 2026** [ECF No. 49 p. 3]. No party filed objections to the Report, and the time to do so has expired.

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error of fact or law on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds no error of fact or law in the well-reasoned Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 49] is **ACCEPTED**.
2. Plaintiff's Motion to Dissolve Writs of Garnishment and Discharge Garnishees [ECF No. 48] is **GRANTED**.
3. The writs of garnishment directed to JPMorgan Chase Bank, N.A. [ECF No. 26], Wells Fargo Bank, N.A. [ECF No. 27], and Fifth Third Bank, National Association [ECF No. 28] are **DISSOLVED**.
4. Garnishees JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., and Fifth Third Bank, National Association are **DISCHARGED** from further liability under the writs of garnishment, and any property restrained by the writs is **RELEASED**.

5. To the extent not already paid, Plaintiff shall pay the $100 statutory fee demanded by Wells Fargo Bank, N.A. and the $100 statutory fee demanded by Fifth Third Bank, National Association. *See* Fla. Stat. § 77.28. No statutory fee is awarded to JPMorgan Chase Bank, N.A

**ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of November 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record